**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**JOHN PATRICK LEWIS ,**

Plaintiff,

v.

**ANDREW SAUL ,**
Commissioner of Social Security ,

Defendant(s).

/

NO. **2:21−CV−00956−AC**

ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case was randomly assigned to Magistrate Judge Allison Claire. Without the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case. Accordingly, within 90 days, all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment.

DATE: **June 3, 2021**

UNITED STATES MAGISTRATE JUDGE

by: /s/ L. Reader
Deputy Clerk