Phillip A. Talbert
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KRISTINE VITEMB, Texas BN 24065153
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX 75202
    Telephone: (214) 767-8378
    Facsimile: (214) 767-4117
    E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN PATRICK LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-CV-00956-AC (SS)<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 18, 2022, up to and including February 17, 2022. This is the Defendant's first request for an extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel for Defendant will be out of the office for a scheduled surgery set for December 30, 2021, and will be working on a limited basis through the current deadline for Commissioner's Response Brief. Therefore, the undersigned respectfully requests a 30-day extension to complete Commissioner's Response Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 20, 2021

/s/ *Francesco Benavides*
(*as authorized via e-mail on December 20, 2021)
FRANCESCO BENAVIDES
Attorney for Plaintiff

Respectfully submitted,

Dated:  December 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration

By      /s/  *Kristine Vitemb*
KRISTINE VITEMB
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 17, 2022, to respond to Plaintiff's Motion for Summary Judgment.

DATED: December 20, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE