PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KRISTINE VITEMB, TX BN 24065153
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX  75202
    Telephone: (214) 767-8378
    Facsimile: (214) 767-4117
    E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOHN PATRICK LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 2:21-cv-00956-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to re-evaluate the evidence.

Stip. to Remand; 2:21-cv-00956-AC

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 15, 2022                Respectfully submitted,

                                        /s/ Francesco Benavides*
                                        *As authorized via email on February 15, 2022
                                        Francesco Benavides
                                        Attorney for Plaintiff

Dated: February 15, 2022                PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX and
                                        CHRISTOPHER J. HARRIS
                                        Acting Regional Chief Counsel, Region VI
                                        Social Security Administration

                                By:     /s/ KRISTINE VITEMB
                                        KRISTINE VITEMB
                                        Special Assistant United States Attorney

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

DATED: February 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00956-AC