# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOHN PATRICK LEWIS,**

CASE NO: **2:21−CV−00956−AC**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/16/22**

**Keith Holland**
Clerk of Court

ENTERED: **February 16, 2022**

by: /s/ A. Kastilahn
Deputy Clerk