PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KRISTINE VITEMB, TX BN 24065153
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX  75202
    Telephone: (214) 767-8378
    Facsimile: (214) 767-4117
    E-Mail: Kristine.Vitemb@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOHN PATRICK LEWIS, | ) |
| | ) No. 2:21-CV-00956-AC |
| Plaintiff, | ) |
| | ) [**PROPOSED**] |
| v. | ) **ORDER AWARDING EQUAL ACCESS** |
| | ) **TO JUSTICE ACT ATTORNEY FEES** |
| KILOLO KIJAKAZI, Acting | ) **AND EXPENSES, PURSUANT TO 28** |
| Commissioner of Social Security, | ) **U.S.C. § 2412(d)** |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees in the amount of $4,524.83 and expenses in the amount of $20.85, for a total amount of $4,545.68 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: March 9, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE